FILED
CLERK, U.S. DISTRICT COURT
NOV - 4 2021
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA
## SAN DIEGO DIVISION

**MR. DEREK FOLLEY, PRO SE**

2:21-CV-8744-MWF-DFM

vs.

**HON. DENISE L. CROSS**

V.

**MS. EMILY SLUK, ESQ.**

V.

**OHIO CHILD SUPPORT PAYMENT CENTRAL (CSPC)**

V.

**MONTGOMERY COUNTY CHILD SUPPORT ENFORCEMENT AGENCY (CSEA)**

V.

**MS. SHIRA LEWIS**

V.

**OHIO DEPARTMENT OF JOB AND FAMILY SERVICES**

V.

**MS. JESSIKA M. FOLLEY**

V.

**MONTGOMERY COUNTY COMMON PLEAS COURT - DOMESTIC RELATIONS DIVISION**

## CIVIL RIGHTS COMPLAINT

I.  Parties to the action

FOLLEY 1

Plaintiff: Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

<u>MR. DEREK OLANDIS FOLLEY, PRO SE</u>
Name- Full Name Please- PRINT

<u>6230 WILSHIRE BOULEVARD, SUITE 154</u>
Street Address

<u>LOS ANGELES, CALIFORNIA 90048</u>
City, State and Zip Code

<u>(937) 830-4796</u>
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses, and telephone numbers. If there are no other Plaintiffs, continue with this form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. <u>HON. DENISE L. CROSS</u>
   Name – Full Name Please

   <u>301 WEST THIRD STREET, 2ND FLOOR, DAYTON, OHIO 45402</u>
   Address: Street, City, State and Zip Code

2. <u>MS. EMILY SLUK, ESQ.</u>
   Name – Full Name Please

   <u>130 WEST SECOND STREET, SUITE 1818, DAYTON, OHIO 45402</u>
   Address: Street, City, State and Zip Code

3. <u>OHIO CHILD SUPPORT PAYMENT CENTRAL (CSPC)</u>
   Name – Full Name Please

   <u>P.O. BOX 182394, COLUMBUS, OHIO 43218-2394</u>
   Address: Street, City, State and Zip Code

4. <u>MONTGOMERY COUNTY CHILD SUPPORT ENFORCEMENT AGENCY (CSEA)</u>

FOLLEY 2

Name – Full Name Please

<u>1111 SOUTH EDWIN C. MOSES BOULEVARD, DAYTON, OHIO 45408;</u>
<u>POST OFFICE BOX 182394, DAYTON, OHIO 45422-0000.</u>
Address: Street, City, State and Zip Code

5. **MS. SHIRA LEWIS**
Name – Full Name Please

<u>1111 SOUTH EDWIN C. MOSES BOULEVARD, DAYTON, OHIO 45408;</u>
<u>POST OFFICE BOX 182394, DAYTON, OHIO 45422-0000.</u>
Address: Street, City, State and Zip Code

6. **OHIO DEPARTMENT OF JOB AND FAMILY SERVICES**
Name – Full Name Please

<u>P.O. BOX 182432, COLUMBUS, OHIO 43218-2432</u>
Address: Street, City, State and Zip Code

7. **MS. JESSIKA M. FOLLEY**
Name – Full Name Please

<u>500 NORTH GETTYSBURG AVENUE, DAYTON, OHIO 45417</u>
Address: Street, City, State and Zip Code

8. **MONTGOMERY COUNTY COMMON PLEAS COURT- DOMESTIC RELATIONS DIVISION**
Name – Full Name Please

<u>41 NORTH PERRY STREET, DAYTON, OHIO 45402</u>
Address: Street, City, State and Zip Code

II.    Subject Matter Jurisdiction
       Check the box or boxes that describes your law suit:

☑ Title 28 U.S.C. § 1343 (3)
   [ A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☑ Title 28 U.S.C. § 1331
   [A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☑ Title 28 U.S.C. § 1332(a)(1)

[A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

✓ ☑ **Title 42 U.S.C.S. § 1983**

[ Every person who, under color of any statute, ordinance, regulation, custom, or usage of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory degree was violated or declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia.]

✓ ☑ **Title 11 U.S.C.S. § 105. Power of court (a)**

[ The court may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title. No provision of this title providing for the raising of an issue by preclude the court from, sua sponte, taking any action or appropriate to enforce or implement court orders or rules, or to prevent an abuse of process.]

**IF YOU ARE A PRISONER FILING A CIVIL SUIT THE FOLLOWING INFORMATION IS REQUIRED:**

**PREVIOUS LAWSUITS:**

A. HAVE YOU BEGUN OTHER LAWSUITS IN STATE OR FEDERAL COURT DEALING WITH THE EXACT SAME FACTS INVOLVED IN THIS ACTION OR OTHERWISE RELATING TO THE EXACT SAME DEFENDANTS? YES ☐ NO ☑

B. IF YOUR ANSWER TO A IS YES, DESCRIBE THE LAWSUIT IN THE SPACE BELOW (IF THERE IS MORE THAN ONE LAWSUIT, DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THE SAME OUTLINE.)

1. **PARTIES TO THIS LAWSUIT**
**PLAINTIFFS:**
There are no previous lawsuits or civil case numbers prior to this filing.

**DEFENDANTS:**
There are no previous lawsuits or civil case numbers prior to this filing.

2. **COURT (IF FEDERAL COURT, NAME THE DISTRICT: IF STATE COURT, NAME THE COUNTY)**
There are no previous lawsuits or civil case numbers prior to this filing.

3. **DOCKET NUMBER**
There are no previous lawsuits or civil case numbers prior to this filing.

4. **NAME OF THE JUDGE TO WHOM THE CASE WAS ASSIGNED**
There are no previous lawsuits or civil case numbers prior to this filing.

5. **DISPOSITION (FOR EXAMPLE, WAS THE CASE DISMISSED? WAS IT APPEALED? IS IT STILL PENDING?)**
There are no previous lawsuits or civil case numbers prior to this filing.

6. **APPROXIMATE DATE OF THE FILING OF THE LAWSUIT**
There are no previous lawsuits or civil case numbers prior to this filing.

7. **APPROXIMATE DATE OF THE DISPOSITION**
There are no previous lawsuits or civil case numbers prior to this filing.

A. **IS THERE A PRISONER GRIEVANCE PROCEDURE IN THIS INSTITUTION?**
There is a prisoner grievance procedure at Grafton Correctional Institution ("G.C.I."), however, this civil action does not have a defendant dealing with the staff at "G.C.I." or its procedure. This civil action deals with defendants outside the prison institution.

B. **DID YOU PRESENT THE FACTS RELATING TO YOUR COMPLAINT IN THIS STATE PRISONER GRIEVANCE PROCEDURE?**
YES ☐   NO ☒

C. **IF YOUR ANSWER IS YES:**
   1. **WHAT STEPS DID YOU TAKE?**
   This question is not applicable to the facts of the case.

   2. **WHAT WAS THE RESULT?**
   This question is not applicable to the facts of the case.

D. **IF YOUR ANSWER IS NO, EXPLAIN WHY NOT.**
This question is not applicable to the facts of the case.

E. **IF THERE IS NO PRISON GRIEVANCE PROCEDURE IN THIS INSTITUTION, DID YOU COMPLAIN TO PRISON AUTHORITIES?**
YES ☐   NO ☒

F. **IF YOUR ANSWER IS YES:**

FOLLEY  5

1. **WHAT STEPS DID YOU TAKE?**
   This question is not applicable to the facts of the case.

2. **WHAT WAS THE RESULTS?**
   This question is not applicable to the facts of the case.

### III. JURISDICTION

This complaint alleges that the civil rights of **plaintiff MR. DEREK OLANDIS**

**FOLLEY, PRO SE** who presently resides at:

**Mailing Address:**
6230 WILSHIRE BOULEVARD
LOS ANGELES, CALIFORNIA 90048;

**Physical Address:**
GRAFTON CORRECTIONAL INSTITUTION
#A-787-384
2500 SOUTH AVON BELDEN ROAD
GRAFTON, OHIO 44044

were violated by the actions of the defendant(s) named below, which actions were

directed against plaintiff **at the Montgomery County Common Pleas Court of**

**Ohio –Domestics Relation Division.**

**NOTE:**
You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy to provide the information for additional defendants.

1. **Defendant**   **HON. DENISE L. CROSS**
   (full name of first defendant)

   **301 WEST THIRD STREET, 2ND FLOOR, DAYTON, OHIO 45402**
   (full address of first defendant)

   **Is an administrative judge for the Domestic Relation Court of Montgomery County**
   (defendant's position and title, if any)

   **The defendant is sued in his/her (Check one or both):**

☑ **Individual** ☑ **Official Capacity**

**Explain how this defendant was acting under color of law:**
Judge Denise L. Cross is an Administrative Judge in the Domestic Relations Division of the Common Pleas Court Of Montgomery County Of Ohio.

2. Defendant  **MS. EMILY SLUK, ESQ.**
(full name of second defendant)

**130 WEST SECOND STREET, SUITE 1818, DAYTON, OHIO 45402**
(full address of second defendant)

**,ATTORNEY AT LAW,**
(defendant's position and title, if any)

**The defendant is sued in his/her (Check one or both):**
☑ Individual ☐ Official Capacity

**Explain how this defendant was acting under color of law:**
Ms. Emily Sluk, Esq., is a lawyer base in the Montgomery County Of Ohio jurisdiction.

3. Defendant  **OHIO CHILD SUPPORT PAYMENT CENTRAL (CSPC)**
(full name of third defendant)

**P.O. BOX 182394, COLUMBUS, OHIO 43218-2394**
(full address of third defendant)

**,A State Agency for the State of Ohio            .**
(defendant's position and title, if any)

**The defendant is sued in his/her (Check one or both):**
☐ Individual ☑ Official Capacity

**Explain how this defendant was acting under color of law:**
Ohio Child Support Payment Central (CSPC) is a social service agency in the State of Ohio under the child support division.

4. Defendant  **MONTGOMERY COUNTY CHILD SUPPORT ENFORCEMENT AGENCY (CSEA)**
(full name of fourth defendant)

**1111 SOUTH EDWIN C. MOSES BOULEVARD, DAYTON, OHIO 45408; POST OFFICE BOX 182394, DAYTON, OHIO 45422-0000.**
(full address of fourth defendant)

**,Is A State of Ohio child support agency located in Montgomery County,**

FOLLEY 7

(defendant's position and title, if any)

**The defendant is sued in his/her (Check one or both):**
☐ Individual ☑ Official Capacity

**Explain how this defendant was acting under color of law:**
Montgomery County Child Support Enforcement Agency (CSEA) is an Ohio state funded agency in Montgomery County that enforced child support orders.

5. Defendant    **MS. SHIRA LEWIS**
   (full name of fifth defendant)

   **1111 SOUTH EDWIN C. MOSES BOULEVARD, DAYTON, OHIO 45408; POST OFFICE BOX 182394, DAYTON, OHIO 45422-0000.**
   (full address of fifth defendant)

   **Is an Employee for Montgomery County Child Support Enforcement Agency**
   (defendant's position and title, if any)

   **The defendant is sued in his/her (Check one or both):**
   ☑ Individual ☑ Official Capacity

   **Explain how this defendant was acting under color of law:**
   Ms. Shira Lewis is an employee for the Montgomery County Child Support Enforcement Agency (CSEA)

6. Defendant    **OHIO DEPARTMENT OF JOB AND FAMILY SERVICES**
   (full name of sixth defendant)

   **P.O. BOX 182432, COLUMBUS, OHIO 43218-2432**
   (full address of sixth defendant)

   **Is a State of Ohio Funded Agency**
   (defendant's position and title, if any)

   **The defendant is sued in his/her (Check one or both):**
   ☐ Individual ☑ Official Capacity

   **Explain how this defendant was acting under color of law:**
   The Ohio Department of Job And Family Services is an agency in the State of Ohio that manifest public and social services for the public in Ohio.

7. Defendant    **MS. JESSIKA M. FOLLEY**
   (full name of seventh defendant)

   **500 NORTH GETTYSBURG AVENUE, DAYTON, OHIO 45417**

FOLLEY    8

(full address of seventh defendant)

**EX-WIFE /LICENSE PRACTICAL NURSE**
(defendant's position and title, if any)

**The defendant is sued in his/her (Check one or both):**
☑ **Individual** ☐ **Official Capacity**

**Explain how this defendant was acting under color of law:**
Ms. Jessika M. Folley knew that "The Plaintiff" had been unemployed for over a year and still conspired with her attorney, Ms. Sluk to request "Child Support" on "The Plaintiff" whom was unemployed.

**8. Defendant** **MONTGOMERY COUNTY COMMON PLEAS COURT- DOMESTIC RELATIONS DIVISION**
(full name of eighth defendant)

**41 NORTH PERRY STREET, DAYTON, OHIO 45402**
(full address of eighth defendant)

**Is a Judicial Division for Domestic Relation in Montgomery County**
(defendant's position and title, if any)

**The defendant is sued in his/her (Check one or both):**
☐ **Individual** ☑ **Official Capacity**

**Explain how this defendant was acting under color of law:**
The Montgomery County Common Pleas Court –Domestic Relation Division is a judicious division in Montgomery County, Ohio that review cases of Separations, Divorces, Annulments, and Dissolutions.

**IV. STATEMENT OF CLAIM**

Please write as briefly as possible the facts of your case. Describe hot each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper

"The Plaintiff" has been in confinement in the State of Ohio from June 7, 2019 to

the present.

On July 18, 2019 Jessika Folley filed for divorce at the Montgomery County Common Pleas Court Domestic Relations Division against "The Plaintiff."

Ms. Emily Sluk, ESQ., was Jessika Folley divorce attorney.

On July 2020 Ms. Sluk filed a recommended that "The Plaintiff" pay $81.60 for child support.

The Montgomery County Common Pleas Court –Domestic Division will not permit "The Plaintiff" to file handwritten motions. Although, the Criminal Division permitted "Pro Se" Litigants to file handwritten motions. The Domestic Division deprived "The Plaintiff" "Equal Protection of the Law" rights.

On September 2, 2020, *RULE 58 (B) CIVIL NOTICE OF FINAL JUDGMENT & DECREE OF DIVORCE (ORDER) AND SENT TO ALL PARTIES BY REGULAR MAIL* was filed by Judge Denise L. Cross.

On September 2, 2020, *FINAL JUDGMENT & DECREE OF DIVORCED FIED AND GRANTED TO JESSIKA FOLLEY (ADMIN FEES ASSESSED TO JESSIKA FOLLEY)* was filed by Judge Denise L. Cross.

In pursuant to §3119.021 of the *Ohio Revised Code*, the title **"Basic Child Support Schedule"** clearly stated:

| GUIDELINE INCOME | BASIC OBLIGATION |
|---|---|
| **$11,510.40 or less** | **19.193% of the Amount of income** |

"The Plaintiff" had a zero income from June 7, 2019 to June 11, 2021. Judge Denise L. Cross denied "The Plaintiff" the United States Constitution rights of "Due Process of Law" and "Equal Protection of the Laws" by ordering "The Plaintiff" to **pay** $81.60 for child support.

**FOLLEY** 10

This **ORDER** by **Judge Denise L. Cross** was not based on "The Plaintiff" present income at the time of the **ORDERED**.

The **Ohio Child Support Payment Central (CSPC), Montgomery County CSEA, Ms. Shira Lewis**, and the **Department of Job And Family Services** sent "The Plaintiff" letters in regards to his wrongful child support obligation.

"The Plaintiff" became stress about having his license suspended, his passport revoke, his income tax refund being withhold, and being sent to prison for failure to pay the wrongful child support obligation.

**Judge Denise L. Cross ORDERDED** was an "Abuse of Process."

RESPECTFULLY,

*Mr. Derek Folley Pro Se*

MR. DEREK FOLLEY, PRO SE #A-787-384
6230 WILSHIRE BLVD. SUITE 154
LOS ANGELES, CA 90048;
#2-GRAFTON CORRECTIONAL INSTITUTION
LOCATION: B/6/200
2500 SOUTH AVON BELDEN ROAD
GRAFTON, OHIO 44044;
Phone: (937) 830-4796

"PRO SE" LITIGANT FOR THE PLAINTIFF, MR. DEREK FOLLEY, PRO SE

## IV. REQUEST FOR RELIEF

**I believe that I am entitled to the following relief:**

In conclusion to this civil causation, I am requesting $9,000,000 in damages based upon the diabolical actions committed by Hon. Denise L. Cross and her conspirators. In addition to this request, punitive damages is seek by "The Plaintiff" in this adversarial proceeding.

RESPECTFULLY,

*Mr. Derek Folley Pro Se*

MR. DEREK FOLLEY, PRO SE #A-787-384
6230 WILSHIRE BLVD. SUITE 154
LOS ANGELES, CA 90048;
#2-GRAFTON CORRECTIONAL INSTITUTION
LOCATION: B/6/200
2500 SOUTH AVON BELDEN ROAD
GRAFTON, OHIO 44044;
Phone: (937) 830-4796

**"PRO SE" LITIGANT FOR THE PLAINTIFF, MR. DEREK FOLLEY, PRO SE**

## CERTIFICATE OF SERVICE

A true and accurate copy of this *"Civil Rights Complaint"* was sent to the following defendants below by the Clerk of Court the United States District Court for the Southern District Of California- (San Diego Division) on the date that this legal pleading was filed stamp by either **E-filing, E-Mailing,** or **United States Postal Mail** at the address of:

| ADDRESS | Judge Denise L. Cross<br>301 W. 3RD Street, 2nd Floor<br>Dayton, Ohio 45402 | Ms. Emily Sluk, ESQ..<br>130 West 2nd Street, Suite 1818<br>Dayton, Ohio 45402 | Ohio Child Support Payment Central (CSPC)<br>P.O. Box 182394<br>Columbus, Ohio 43218-2394 |
|---|---|---|---|
| ADDRESS | Montgomery County CSEA<br>111 S. Edwin C. Moses Blvd.<br>Dayton, Ohio 45408 | Montgomery County CSEA<br>Ms. Shira Lewis<br>111 S. Edwin C. Moses Blvd.<br>Dayton, Ohio 45408 | Ohio Department Of Job And Family Services<br>P.O. Box 182432<br>Columbus, Ohio 43218-2432 |
| ADDRESS | Ms. Jessika Folley<br>500 N. Gettysburg Avenue<br>Dayton, Ohio 45402 | Montgomery County Common Pleas Court- Domestic Relations Division<br>41 N. Perry Street<br>Dayton, Ohio 45402 | |

RESPECTFULLY,

*[signature: Mr. Derek Folley, Pro Se]*

MR. DEREK FOLLEY, PRO SE #A-787-384
6230 WILSHIRE BLVD. SUITE 154
LOS ANGELES, CA 90048;
#2-GRAFTON CORRECTIONAL INSTITUTION
LOCATION: B/6/200
2500 SOUTH AVON BELDEN ROAD
GRAFTON, OHIO 44044;
Phone: (937) 830-4796

**"PRO SE" LITIGANT FOR THE APPELLANT, MR. DEREK FOLLEY, PRO SE**

CIVIL RIGHTS COMPLAINT
42 UNITED STATES CODE § 1983
BRADY VIOLATION